IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| KEVIN FUREY, | : | |
| --- | --- | --- |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| TEMPLE POLICE OFFICER CARL BINDER, TEMPLE POLICE OFFICER HARVEY, DOUGLAS SEGARS, COLIN ANDERSON, and POLICE OFFICER STEVEN ROBINSON | : | NO. 09-4507 |
| | : | |
| Defendants. | : | |

## ORDER

AND NOW, this *22nd* day of *December*, 2009, upon consideration of Plaintiff Kevin Furey's Motion for Immediate Remand and Imposition of Attorney's Fees (Docket No. 2), the Response of Defendant Steven Robinson (Docket No. 3), and Defendant's Supplemental Memorandum in Opposition to Motion to Remand and Memorandum Motion to Quash Subpoena (Docket No. 4), it is hereby **ORDERED** as follows:

1. The Motion to Remand is **GRANTED** and the above-captioned matter shall be **REMANDED** to the Court of Common Pleas for Philadelphia County. The Clerk of Court shall mark this case as closed for statistical purposes;

2. Plaintiff's request for an award of attorneys' fees for the costs of preparing the Motion to Remand is **DENIED**; and

3. Defendant's Memorandum Motion to Quash Subpoena is **DENIED AS MOOT**.

It is so **ORDERED**.

BY THE COURT:


*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.